## JACKSON, Movant, v. DOMESTIC LIFE & ACCIDENT INSURANCE COMPANY, Opposed.

Court of Appeals of Kentucky.

(Decided March 26, 1937.)

ALBERT M. KARNES for movant.

L. B. ALEXANDER, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.